REDACTED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2020 JUL 15  AM 11:08

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| | § | **INDICTMENT** |
| v. | § § | |
| | § | [Vio: COUNT ONE: 18 U.S.C. §§ 922(g)(1) & 924(a)(2), Felon in Possession of a Firearm.] |
| PATRICK DANIEL VARGAS | § § | |

THE GRAND JURY CHARGES:

**DR20CR1262**

COUNT ONE
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about June 20, 2020, in the Western District of Texas, Defendant,

PATRICK DANIEL VARGAS,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Taurus model PT738 .380 caliber pistol bearing serial number 50718E and a Ruger model 10/22 .22 caliber rifle bearing serial number 0016-57218, and the firearms having been transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**I.**
**Firearms Violation(s) and Forfeiture Statute(s)**
**[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violation(s) set forth in Count Three, the United States of America gives notice to the Defendant(s) of its intent to seek the forfeiture of property, including

any item(s) listed below, upon conviction and as part of sentencing pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c) which states the following:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection ... (g) ... of section 922, ... shall be subject to seizure and forfeiture ... under the provisions of this chapter....

This Notice of Demand for Forfeiture includes but is not limited to the property described below.

## II.
## Properties

1. **Taurus model PT738 .380 caliber pistol, s/n: 50718E;**
2. **Ruger model 10/22 .22 caliber rifle, s/n: 0016-57218,**
3. **Any related ammunition and firearms accessories**

A TRUE BILL,
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____ for
BEN TONKIN
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA

DATE: JULY 15, 2020

AUSA: BEN TONKIN

DEFENDANT: PATRICK DANIEL VARGAS

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO

DEFENSE ATTORNEY: NONE

ADDRESS OF ATTORNEY: NONE

DEFENDANT IS: DETAINED

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 18 U.S.C. §922(g)(1) & §924(a)(2), FELON IN POSSESSION OF FIREARM.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 10 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

USAO#: 2020R06731

MAG. CT. #: MATTER

DR 20 CR 1262

LANGUAGE: ENGLISH

DATE OF ARREST: JUNE 20, 2020